# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 28, 2014

_____

RULE 45 NOTICE

_____

No. 14-4373,   US v. Gregory Warrick
              8:13-cr-00157-PWG-1

TO:   Gregory Warrick

**DEFAULT(S) MUST BE REMEDIED BY:** 06/12/2014

Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Counsel representing defendant in the district court has a continuing obligation to assist the defendant in perfecting an appeal by assisting with the completion and filing of the CJA 23 application. Forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[X] Filing fee must be paid to Clerk, U. S. District Court, or **CJA 23 Application to proceed under the Criminal Justice Act** must be received in the Court of Appeals Clerk's Office.


RJ Warren, Deputy Clerk
804-916-2702